■ In the Matter of RICHARD T. NASTI (Admitted as RICHARD THOMAS NASTI), a Suspended Attorney. [657 NYS2d 273] —Respondent is reinstated as an attorney and counselor-at-law in

the State of New York, effective April 1, 1997. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.